UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
CRAIG SANFORD, et al.,                                  :
                                                        :
                              Plaintiffs,               :
                                                        :   17-mc-463 (VSB)
              -against-                                 :
                                                        :   **ORDER**
BRACEWELL LLP,                                          :
                                                        :
                              Defendant.                :
                                                        :
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

On November 22, 2017, Plaintiff filed this miscellaneous case requesting the ability to issue subpoenas from this Court to be able to serve and enforce arbitration subpoenas from the International Institute for Conflict Prevention and Resolution in New York City. (Doc. 1.) Since that time, nearly five years ago, Plaintiffs have not filed anything further. Plaintiffs are directed to inform me by July 22, 2021, whether Plaintiffs still request administrative subpoenas or whether this case can be closed.

SO ORDERED.

Dated: July 16, 2021
      New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/2021