UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CRAIG SANFORD, et al.,                                      :
                                                            :
                                      Plaintiffs,           :
                                                            :          17-mc-463 (VSB)
                      -against-                             :
                                                            :          **ORDER**
BRACEWELL LLP,                                              :
                                                            :
                                      Defendant.            :
                                                            :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On November 22, 2017, Plaintiff filed this miscellaneous case requesting the ability to issue subpoenas from this Court to be able to serve and enforce arbitration subpoenas from the International Institute for Conflict Prevention and Resolution in New York City.  (Doc. 1.)  Plaintiffs did nothing further.  On July 16, 2021, I ordered Plaintiffs "to inform me by July 22, 2021, whether Plaintiffs still request administrative subpoenas or whether this case can be closed."  (Doc. 4.)  Plaintiffs did not respond to my order.

Accordingly, this action is dismissed without prejudice pursuant to Rule 41(b).  The Clerk of Court is respectfully directed to terminate this action.

SO ORDERED.

Dated:  July 11, 2022
        New York, New York

Vernon S. Broderick
United States District Judge